AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ERNESTO AMADOR <br><br> *Plaintiff(s)* <br> v. <br> BULLY'S SPORT'S BAR & GRILL, INC., a Nevada Corporation <br><br> *Defendant(s)* | Civil Action No. 3:15-cv-00022-HDM-VPC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BULLY'S SPORT'S BAR & GRILL, INC., a Nevada Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles A. Jones, Esq., SBN 6698
Kelly McInerney, Esq., SBN 7443
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                                                   January 20, 2015

_____                                   _____
Clerk                                                                                Date

*/s/ Lance S. Wilson*