Charles A. Jones, Esq., SBN 6698
Kelly McInerney, Esq., SBN 7443
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile:  (775) 853-6445
Caj@cjoneslawfirm.com
Kelly@cjoneslawfirm.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO AMADOR<br><br>Plaintiff,<br><br>v.<br><br>BULLY'S SPORTS BAR & GRILL, INC., a Nevada Corporation,<br><br>Defendant.<br><br>Defendant. | Case No. 3:15-cv-00022-HDM-VPC<br><br>**CONSENT TO JOIN COLLECTIVE ACTION** |

### CONSENT TO OPT-IN TO COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

Pursuant to Section 16(b) of the Fair Labor Standards Act [29 U.S.C. §216(b)], I hereby consent to be a party in a collective action brought in the United States District Court, District of Nevada, titled <u>Ernesto Amador v. Bully's Sports Bar & Grill, Inc.</u>, to recover unpaid overtime and other sums owing to me and other similarly situated employees.

DATED: 2/9/15

SIGNED: _Luis Anguiano_

Luis Anguiano
PRINTED NAME

---

1
CONSENT TO JOIN COLLECTIVE ACTION