Anthony L. Hall, Esq., Nevada Bar No. 5977
alhall@hollandhart.com
Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
R. Calder Huntington, Esq., Nevada Bar No. 11996
rchuntington@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO AMADOR and LUIS ANGUIANO, as individuals, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BULLY'S SPORT'S BAR & GRILL, INC. a Nevada Corporation, and SHARLING "JO" SONNER, an individual,<br><br>Defendants.<br><br>BULLY'S SPORT'S BAR & GRILL, INC. a Nevada Corporation, and SHARLING "JO" SONNER, an individual,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>JODY CLARK, an individual,<br><br>Third Party Defendant. | CASE NO.: 3:15-CV-00022- HDM-VPC<br><br>**JOINT REQUEST FOR CONFIDENTIAL STATUS CONFERENCE ON JANUARY 21, 2016 AT 9:00 A.M.** |

Defendant Bully's Sports Bar & Grill, Inc. ("Defendant") and Plaintiffs Ernesto Amador and Luis Anguiano ("Plaintiffs"), by and through their undersigned counsel, hereby provide notice to the Court that the parties conducted a private Mediation on January 8, 2015 with retired Judge Stewart Bell. The parties explored a possible settlement idea. However, the unique nature of the possible settlement, and the need to keep the idea confidential until such time as details can be

worked out, means that the parties would like to discuss it with the Court during a Confidential meeting. Further, because any settlement would ultimately require the Court's approval, the parties jointly agree that judicial guidance and input in the process, as early as possible, is necessary.

As a result, the parties are hereby requesting a Confidential Status Conference. It is our understanding that the first available time for the requested Confidential Status Conference is January 21, 2016, at 9:00 a.m., and this date and time works for all parties.

**IT IS SO STIPULATED**:

DATED this 13th day of January, 2016.

/s/ Charles A. Jones, Esq.
Charles A. Jones, Esq.
Kelly McInerney, Esq.
Jones Law Firm
9585 Prototype Court, Suite B.
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445

*Attorneys for Plaintiffs*

DATED this 13th day of January, 2016

Anthony L. Hall, Esq.
Anthony L. Hall, Esq.
Dora V. Lane, Esq.
R. Calder Huntington, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89
Telephone: (702) 669-4600
Facsimile: (702) 823-0335

*Attorneys for Defendant Bully's Sports Bar & Grill, Inc.*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED:_____

8388831_1