# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO AMADOR, et al., | 3:15-cv-00022-HDM-VPC |
| Plaintiffs, | |
| | ORDER |
| vs. | |
| BULLY'S SPORTS BAR & GRILL, INC., et al., | |
| Defendants. | |

On April 27, 2016, the parties filed a joint status report advising the court that they are unable to resolve this action. (#81). Accordingly, the status conference set for May 4, 2016, is hereby **VACATED**. All of the issues involving discovery are referred to the United States Magistrate Judge.

IT IS SO ORDERED.

DATED: This 2nd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1