UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ERNESTO AMADOR, et al., | ) | 3:15-CV-0022-HDM-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATED: January 17, 2017 |
| | ) | |
| BULLY'S SPORTS BAR & | ) | |
| GRILL, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:       Lisa Mann        Court Reporter:        FTR

Counsel for Plaintiff(s):       Charles Jones

Counsel for Defendant(s):       Anthony Hall and (By telephone) Peter Navarro

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:01 a.m.  Court convenes.

The Court addresses the parties regarding the issues in dispute as outlined in the joint case management report (ECF No. 114).

Counsel present their respective positions regarding the discovery dispute.

The Court advises counsel it shall take a brief recess to allow counsel time to determine agreed upon deadlines concerning the filing of supplemental papers.

9:18 a.m.  Court recesses.

9:25 a.m.  Court reconvenes.

Having heard from counsel and good cause appearing, the Court finds as follows:

1.       Counsel agree to conduct a meet and confer on **Wednesday, January 18, 2017**;

Ernesto Amador, et al. v. Bully's Sports Bar & Grill, Inc., et al.
3:15-CV-0022-HDM-VPC
January 17, 2017
Page 2

2.      Defendants shall file a supplement to the case management report by no later than the close of business on **Thursday, January 26, 2017**;

3.      Plaintiffs shall file a supplement in reply by no later than the close of business on **Monday, February 6, 2017**; and

4.      The Court will conduct a further case management conference on **Thursday, February 9, 2017** at **10:00 a.m.**

IT IS SO ORDERED.

9:31 a.m.  Court adjourns.

DEBRA K. KEMPI, CLERK


By:_____/s/_____
        Lisa Mann, Deputy Clerk