UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO AMADOR and LUIS ANGUIANO, and JUAN CARLOS "VICTOR" MARTINEZ, as individuals, and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>BULLY'S SPORTS BAR & GRILL, INC., a Nevada Corporation, and SHARLING "JO" SONNER, an individual,<br><br>           Defendants. | 3:15-cv-00022-HDM-VPC<br><br>ORDER |

IT IS ORDERED that consideration of Plaintiffs' motion for attorneys' fees and costs (ECF No. 102) is hereby stayed until final resolution of the action or until further order of the court.

IT IS SO ORDERED.

DATED: This 18th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE