**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNESTO AMADOR and LUIS ANGUIANO, and JUAN CARLOS "VICTOR" MARTINEZ, as individuals, and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BULLY'S SPORTS BAR & GRILL, INC., a Nevada Corporation, and SHARLING "JO" SONNER, an individual,<br><br>　　　　　Defendants. | 3:15-cv-00022-HDM-VPC<br><br>ORDER |

　　　The deadline for filing dispositive motions in this action is extended to **March 31, 2017.** Accordingly, defendants' emergency motion for stay of proceedings pending resolution of defendants' motion for reconsideration of the Court's February 15, 2017 order (ECF No. 124) is **denied.** Defendants' emergency motion to expedite briefing on defendants' motion for stay (ECF No. 125) is **denied as moot.**

　　　IT IS ORDERED that defendants shall file their motion for reconsideration with the Magistrate Judge on or before **February 27, 2017.**

　　　IT IS FURTHER ORDERED that Plaintiffs shall file their response

to defendants' motion for reconsideration on or before **March 6, 2017.**

IT IS FURTHER ORDERED that no reply shall be filed without leave of court.

IT IS FURTHER ORDERED that the bench trial in this action is set to commence at **9:00AM on Monday, December 4, 2017.**

IT IS FURTHER ORDERED that the parties' Proposed Joint Pretrial Order and Proposed Findings of Fact and Conclusions of Law shall be filed on or before **October 5, 2017.**

DATED: This 21st day of February, 2017.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE