Charles A. Jones, Esq., SBN 6698
Kelly McInerney, Esq., SBN 7443
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445
Caj@cjoneslawfirm.com
Kelly@cjoneslawfirm.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO AMADOR and LUIS ANGUIANO, and JUAN CARLOS "VICTOR" MARTINEZ as individuals, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BULLY'S SPORTS BAR & GRILL, INC., a Nevada Corporation, and SHARLING "JO" SONNER, an individual.<br><br>Defendants. | Case No. 3:15-CV-00022-HDM-VPC<br><br>**NOTICE OF NON-AGREEMENT ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS (ECF No. 102)** |

Pursuant to ECF No. 174, the parties write to inform this Court that they are unable to reach an agreement on Plaintiffs' Motion for Attorney's Fees and Costs (ECF No. 102) stemming from the accepted Rule 68 offer of judgment for the salaried cook subclass. Both parties request oral argument on the Motion for Attorney's Fees and costs.

1  RESPECTFULLY SUBMITTED.

2

3  Dated March 15th, 2018                    JONES LAW FIRM

4                                    By:    /s/ Charles A. Jones
                                           Charles A. Jones
5                                          Kelly McInerney
                                           *Attorneys for Plaintiffs*
6

7  Dated March 15th, 2018                    HOLLAND & HART LLP

8                                    By:    /s/ Anthony L. Hall
                                           Anthony L. Hall, Esq.
9                                          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno Nevada, 89521.

On March 15, 2018, I served the foregoing documents describes as:

1.      Notice Of Non-Agreement On Plaintiffs' Motion For Attorney's Fees And Costs.

on all interested parties in this action addressed to the addressee as follows:
ANTHONY HALL
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendant*


  X   By ECF (Electronic Case Filing). I e-filed the above-detailed document utilizing the United States District Court, District of Nevada's mandated ECF service on March 15, 2018.


I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on March 15, 2018, at Reno, Nevada.

Nikki Nevarez