ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@hollandhart.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RNCordova@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000; Fax: (775) 786-6179
*Attorneys for Defendants*

CHARLES A. JONES, ESQ.
KELLY MCINERNEY, ESQ.
JONES LAW FIRM
9585 Prototype Court, Ste. B
Reno, Nevada 89521
Telephone: (775) 853-6440; Fax: (775) 853-6445
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO AMADOR, LUIS ANGUIANO and JUAN CARLOS "VICTOR" MARTINEZ as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BULLY'S SPORTS BAR & GRILL, INC. a Nevada Corporation, and SHARLING "JO" SONNER, an individual,<br><br>Defendants. | CASE NO.: 3:15-CV-00022-HDM-VPC<br><br>**STIPULATION TO DISMISS THE CLAIMS OF FLSA COLLECTIVE ACTION GROUP 1 AND 3, WITH PREJUDICE AND ORDER GRANTING SETTLEMENT APPROVAL** |

Plaintiffs Ernesto Amador and Juan Carlos "Victor" Martinez, on behalf of themselves and others similarly-situated who have opted into this matter as members of FLSA Collective Action Groups 1 and 3 ("Plaintiffs"), as those groups are defined in the Third Amended Complaint, commenced this action on behalf of themselves and those similarly-situated against Defendants Bully's Sports Bar & Grill, Inc. ("Bully's") and Sharling "Jo" Sonner ("Sonner")

("Defendants"), seeking alleged unpaid wages and overtime compensation under the Fair Labor Standards Act ("FLSA"). The Parties have agreed to settle this action on the terms and conditions set forth in the Settlement Agreement and Release, attached hereto as Exhibt 1. The Court previously entered Judgment in favor of FLSA Collective Action Group No. 2 via an accepted Rule 68 offer of Judgment (ECF No. 101). This Court is very familiar with the claims alleged in this action, the amount of the settlement in the aggregate, the individual amounts paid to each member of FLSA Collevtive Action Groups 1 and 3, the scope of the release, the amount paid to counsel in attorney's fees and costs, and the other terms and conditions of Settlement as set forth in Exhibit 1. Speficially, both parties have discused these issues in detail with the Court as set forth in ECF No. 174. The Court is also aware of the fact that each of the Plaintiffs have agreed to the individual settlement amounts reflected in Exhibit 1.

Having carefully reviewed the Settlement Agreement and Release, and having reviewed and determined that the proposed settlement was reached in good faith, meeting the requirements of fairness, adequacy and reasonableness, the Court hereby **APPROVES** the Settlement Agreement and Release and ORDERS as follows:

1. The Court finds that the Settlement Agreement is within the range of reasonableness of an FLSA settlement.

2. The proposed settlement amount is fair and reasonable, will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation, and has been reached as the result of arms-length, non-coercive, and non-collusive negotiations between the Parties. In addition, the Court grants the Fee Award requested in the Settlement Agreement.

3. Accordingly, the Court approves the Parties' request for approval of the proposed Settlement, and hereby enters final judgment and dismisses this action with prejudice.

**IT IS SO ORDERED.**

Dated: March 28, 2018

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE

2